97-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
E-SHIP LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
E-SHIP LTD.,

                Plaintiffs,

    -against -

ARCTIC SHIPPING COMPANY,

                Defendant.
------------------------------------------------------------------------x

**08 CV 2015**

**RULE 7.1 STATEMENT**

[FEB 28 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]

**JUDGE McMAHON**

    The Plaintiff, E-SHIP LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       February 28, 2008

                By:

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
E-SHIP LTD.

_____
Michael E. Unger (MU 0045)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/299736.1